SCHUYKILL FUEL CORPORATION, Respondent, *v.* B. & C. NIEBERG REALTY CORPORATION, INC., et al., Appellants.

(Argued November 19, 1928; decided November 27, 1928.)

*Herman Kahn* for motion.
*Harry L. Toplitt* opposed.

Motions to dismiss appeals from orders granted and appeals dismissed, with ten dollars costs.

Motions to dismiss appeals from judgments denied, without costs.

BESSIE B. GREEN et al., as Executors of WILLIAM GREEN, Deceased, Appellants, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

(Submitted November 19, 1928; decided November 27, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 248 N. Y. 627.)